BK0905482
RAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT TOLEDO

IN RE: | Case No. 09-35809

Charles G Doseck
Rachel E Doseck | Chapter 7

Debtors | Judge Speer

**ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (21499 STATE ROUTE 720, WAPAKONETA, OH 45895)**

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 21499 State Route 720, Wapakoneta, OH 45895.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

1

2. The Trustee is authorized and directed to abandon such Collateral.

Date: DEC - 7 2009         /S/ RICHARD L. SPEER

                                                        **JUDGE RICHARD L. SPEER**

**SUBMITTED BY:**

/s/ Jon J Lieberman, Case Attorney
Ohio Supreme Court #0058394
Romi T. Fox, Attorney
Ohio Supreme Court #0037174
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3287
(513) 354-6464 fax
bkynoh@lsrlaw.com

2